1  MELINDA HAAG (CABN 132612)
   United States Attorney

2

3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division

4  JOHN H. HEMANN (CABN 165823)
   Assistant United States Attorney

5
       450 Golden Gate Ave., Box 36055
6      San Francisco, California 94102
       Telephone:  (415) 436-7200
7      Fax: (415) 436-7234
       E-Mail: john.hemann@usdoj.gov
8
   Attorneys for Plaintiff
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13                                              3-12-71283 MAG

14  UNITED STATES OF AMERICA,          )   No. 4-12-71283-MAG
                                       )
15       Plaintiff,                    )   STIPULATION AND [PROPOSED]
                                       )   ORDER EXTENDING TIME PURSUANT
16       v.                            )   TO FED. R. CRIM. P.  5.1 AND 18 U.S.C.
                                       )   § 3161(h)
17  TONY PHAN,                         )
                                       )
18       Defendant.                    )
                                       )
19  _____

20       The parties, by and through counsel, stipulate and agree as follows:

21       1.  The time limits in Fed. R. Crim. P. 5.1(c) shall be extended to and until February 5,

22  2013, and the hearing scheduled for January 16, 2013, vacated.

23       2.  Counsel for the United States and the defendant wish to exchange certain information,

24  and to meet and confer prior to the time of Indictment to discuss a potential resolution of the

25  case.  Counsel for the defendant believes based on the charge alleged in the Complaint that it is

26  in the best interest of the defendant to obtain further information, consult with the defendant, and

27  meet with the government prior to Indictment; counsel for the government believes that it is in

28  the interests of justice to do so.  The parties agree that extending the time limits of Rule 5.1

1  serves the ends of justice and outweighs the interests of the public and the defendant in a speedy
2  trial, and that failing to extend the time limits would deny counsel for the government and the
3  defendant the reasonable time necessary for effective preparation, taking into account the
4  exercise of due diligence.  18 U.S.C. § 3161(h)(7).

5    3.  The hearing scheduled for January 16, 2013, for defendant Phan should be vacated.
6  The next court appearance in this case shall be February 5, 2013, 2013, at 9:30 am before the
7  duty magistrate in San Francisco, for preliminary hearing or indictment.  The parties may seek
8  further extension of the time limits in Rule 5.1(c) by stipulation.

9    SO STIPULATED AND AGREED,

11  DATED:          MELINDA HAAG
            United States Attorney

13              /s/
            _____
14              JOHN H. HEMANN
            Assistant United States Attorney

16              /s/
    DATED:          _____
17              SETH CHAZIN
            Counsel for Tony Phan

19  **[PROPOSED] ORDER**

20    Pursuant to stipulation, Fed. R. Crim. P. 5.1, and 18 U.S.C. § 3161(h)(7), IT IS SO
21  ORDERED.

23  DATED: January 16, 2013        _____
            LAUREL BEELER
24              United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
Case No. 4-12-71283-MAG