1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division
4
   CAROLYN SILANE (NYBN 4596235)
   Special Assistant United States Attorney
5
6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
      Telephone: (415) 436-6973
7     Facsimile: (415) 436-7234
      E-Mail: carolyn.silane@usdoj.gov
8
9  Attorneys for the United States of America

10                         UNITED STATES DISTRICT COURT
11                       NORTHERN DISTRICT OF CALIFORNIA
12                              SAN FRANCISCO DIVISION

13                                                    13-0556-PJH
   UNITED STATES OF AMERICA,       )    No. CR ~~3-12-71283-MAG~~
14                                 )
           Plaintiff,               )
15                                 )
        v.                          )    **STIPULATION AND [~~PROPOSED~~]**
16                                 )    **ORDER CONTINUING APPEARANCE**
   TONY THAI PHAN,                  )    **DATE AND EXCLUDING TIME**
17                                 )    **PURSUANT TO FED. R. CRIM. P. 5.1 &**
           Defendant.               )    **18 U.S.C. § 3161**
18                                 )

19
20     The parties, by and through counsel, stipulate and agree as follows:

21     1. The time limits in Fed. R. Crim. P. 5.1(c) shall be extended to and until September 19,

22  2013, and the hearing scheduled for August 22, 2013, vacated.

23     2. Counsel for the United States and the defendant wish to exchange certain information,

24  and to meet and confer to discuss a potential resolution of the case. Counsel for the defendant

25  believes based on the charges alleged that it is in the best interest of the defendant to obtain

26  further information, consult with the defendant, and meet with the government; counsel for the

27  government believes that it is in the interests of justice to do so.  The parties agree that extending

28  the time limits of Rule 5.1 serves the ends of justice and outweighs the interests of the public and

STIPULATION & [~~PROPOSED~~] ORDER EXCLUDING TIME
CR ~~3-12-71283~~   13-0556-PJH

1 | the defendant in a speedy trial, and that failing to extend the time limits would deny counsel for
2 | the government and the defendant the reasonable time necessary for effective preparation, taking
3 | into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7).

4 |    3.  The hearing scheduled for August 22, 2013, should be vacated.  The next court
5 | appearance in this case shall be September 19, 2013, at 9:30 am before the duty magistrate in
6 | Oakland, for preliminary hearing or indictment.  The parties may seek further extension of the
7 | time limits in Rule 5.1(c) by stipulation.
8 | SO STIPULATED AND AGREED,

MELINDA HAAG
United States Attorney

DATED: August 22, 2013      _____/s/_____
CAROLYN SILANE
Special Assistant United States Attorney

DATED: August 22, 2013      _____/s/_____
Seth Chazin
Attorney for Tony Phan

[~~PROPOSED~~] ORDER

Pursuant to stipulation, Fed. R. Crim. P. 5.1, and 18 U.S.C. 3161(h)(7), IT IS SO ORDERED.

DATED: 8/22/2013      _____
HON. DONNA RYU
United States Magistrate Judge

STIPULATION & [~~PROPOSED~~] ORDER EXCLUDING TIME
CR 3-~~12-71283~~  13-0556-PJH